**Opinion filed August 7, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00207-CR

_____

## IN RE ERIC J. MAPES

_____

## Original Proceeding

_____

### MEMORANDUM OPINION

Relator, Eric J. Mapes, has filed a "motion" in this court requesting that we issue an injunction against the State of Indiana. This original proceeding is related to his attempt to challenge his 1999 conviction for sexual assault. *See In re Mapes*, No. 11-25-00190-CR, 2025 WL 2097482, at *1 (Tex. App.—Eastland July 25, 2025, orig. proceeding) (per curiam) (mem. op., not designated for publication). We dismiss Relator's petition for writ of injunction for want of jurisdiction.

This court's authority to exercise original jurisdiction is limited. *See* TEX. CONST. art. V, §§ 5, 6 (intermediate courts of appeals only have jurisdiction as prescribed by law); TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2024) (limited

writ powers granted to courts of appeals).  An intermediate court of appeals "has no original jurisdiction to grant writs of injunction, except to protect its jurisdiction over the subject matter of a pending appeal, or to prevent an unlawful interference with the enforcement of its judgments and decrees."  *In re Smith*, No. 10-03-00390-CV, 2004 WL 254079, at *1 (Tex. App.—Waco Feb. 11, 2004, orig. proceeding.) (mem. op.) (quoting *Ott v. Bell*, 606 S.W.2d 955, 957 (Tex. App.—Waco 1980, no writ)); *see also In re Mem'l Park Med. Ctr, Inc.*, No. 11-18-00320-CV, 2018 WL 6219607, at *1 (Tex. App.—Eastland Nov. 29, 2018, orig. proceeding) (mem. op.).  Relator does not currently have a pending appeal in this court, nor is he seeking to prevent the interference with a previous judgment of this court.  Consequently, we lack jurisdiction to issue a writ of injunction.

Accordingly, Relator's petition is dismissed for want of jurisdiction.  All pending motions in this proceeding are denied or otherwise overruled.

PER CURIAM

August 7, 2025

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2